| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Allegheny Shores, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3485842** |
| 4. | Debtor's address | **Principal place of business**<br>**212 45th Street**<br>**Pittsburgh, PA 15201**<br>Number, Street, City, State & ZIP Code<br><br>**Allegheny**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Allegheny Shores, LLC** _____  Case number (*if known*) _____
     Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Allegheny Shores, LLC**                              Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Allegheny Shores, LLC**  
　　　　Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Allegheny Shores, LLC**  Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 25, 2021**
              MM / DD / YYYY

**X /s/ Fabian Friedland**           **Fabian Friedland**
Signature of authorized representative of debtor     Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X /s/ Jonathan G. Babyak**      Date **February 25, 2021**
Signature of attorney for debtor          MM / DD / YYYY

**Jonathan G. Babyak 38234**
Printed name

**Campbell & Levine, LLC**
Firm name

**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone  **412-261-0310**     Email address _____

**38234 PA**
Bar number and State

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
MANAGEMENT COMMITTEE OF BOARD OF MANAGERS IN
LIEU OF A SPECIAL MEETING OF THE MANAGEMENT COMMITTEE**

**Dated: February 25, 2021**

The undersigned, being all of the members of the management committee (the "Management Committee") of the Board of Managers (the "Board") of ALLEGHENY SHORES, LLC (the "Company"), a Pennsylvania limited liability company, hereby adopt and ratify the following resolutions with the same force and effect as if adopted and ratified at a duly convened special meeting of the Management Committee of the Board of Managers.

WHEREAS, the Management Committee has considered the business and financial condition and results of operations of the Company and has determined that it is in the best interests of the Company to file a voluntary petition in the United States Bankruptcy Court for the Western District of Pennsylvania pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

NOW THEREFORE, BE IT:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Western District of Pennsylvania is authorized; and it is further

RESOLVED, that Fabian Friedland, Managing Member and/or any other current or future duly elected officer of the Company (collectively, the "Authorized Officers") are hereby authorized, empowered, and directed on behalf of and in the name of the Company to execute, verify, and deliver all documents, including, without limitation, a petition, schedule of assets and liabilities, statement of financial affairs, and other ancillary documents, necessary to validly perfect the filing of a Chapter 11 voluntary bankruptcy case; and it is further

RESOLVED, that the Authorized Officers, acting alone or with one or more Authorized Officers, are hereby authorized, empowered and directed on behalf of and in the name of the Company to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute, verify, and deliver all necessary documents in connection with such bankruptcy case, with a view to successful prosecution of such bankruptcy case; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized, empowered, and directed, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers, including all DIP Credit Documents, and to take any and all actions that the Authorized Officer deems necessary or appropriate; each in connection with the Company's bankruptcy case, any post-petition financing, or any cash collateral usage contemplated hereby; and it is further

RESOLVED, that the Authorized Officers shall be, and each hereby is, authorized, empowered and directed on behalf of, and in the name of, the Company to retain and to employ Campbell & Levine, LLC to represent the Company as its general bankruptcy counsel, and such other attorneys, investment bankers, accountants, financial advisors, and other professionals to assist in the Company's bankruptcy case on such terms as are deemed necessary, proper, or desirable by the Authorized Officers; and in connection therewith, the Authorized Officers are hereby authorized, directed, and empowered, on behalf

{C1059757.1 }

of the Company, to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of such professionals in the Company's bankruptcy case; and it is further

RESOLVED, that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by the Authorized Officers, shall be, and each hereby is, authorized, empowered, and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approval, or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's bankruptcy case, to effectuate a sale of all or some of the Company's assets, the restructuring of the Company's debt, other obligations, organizational form and structure and ownership of the Company consistent with the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidence by the taking of such actions; and it is further

RESOLVED, that any specific resolutions that may be required to have been adopted by the Management Committee and/or the Board to effectuate the matters and transactions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the managers, officers, and authorized representatives of the Company be, and each of them acting alone hereby is, authorized in the name and on behalf of the Company to certify as to the adoption of any and all such resolutions; and it is further

RESOLVED, that the Authorized Officers shall be, and each hereby is, authorized, empowered, and directed on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that such Authorized Officer determines are necessary or desirable in connection with the foregoing resolutions; and it is further

RESOLVED, that all of the acts and transactions heretofore taken by the officers and managers of the Company or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be and they hereby are confirmed, approved and ratified; and it is further

RESOLVED, that these Resolutions may be executed in one or more counterparts, each of which will be deemed an original document, but all of which will constitute one and the same instrument; and one or more of such counterparts may be delivered via facsimile transmission, electronic mail or electronic signature in "portable document format" (".pdf") form, or by any other electronic transmission which shall have the same legal force and effect as an original counterpart hereof and shall be placed with the Company's records.

WHEREFORE, the undersigned have duly affixed his signature on the date first indicated above.

_____
Fabian Friedland, Managing Member

{C1059757.1 }    2

Fill in this information to identify the case:

Debtor name: **Allegheny Shores, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ten-X<br>575 Fifth Avenue, 20th Floor<br>New York, NY 10017 | | Auction cancellation fee | | | | $135,000.00 |
| Indovina Associates Architects<br>3185 Penn Avenue<br>Pittsburgh, PA 15201 | | Architectural services | | | | $86,444.00 |
| City of Pittsburgh Department of Finance<br>414 Grant Street<br>200 City County Building<br>Pittsburgh, PA 15219 | | Property taxes | | | | $84,735.00 |
| Five Mile Consulting<br>3101 Smallman Street<br>Pittsburgh, PA 15201 | | Representation and consulting services | | | | $67,500.00 |
| Mosites Construction Company<br>400 Mosites Way<br>Pittsburgh, PA 15205 | | Predevelopment construction estimating | | | | $50,000.00 |
| Karpinski Engineering<br>101 hillpointe Drive, #111<br>Canonsburg, PA 15317 | | Engineering services - subcontract to architect | | | | $42,000.00 |

Debtor **Allegheny Shores, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allegheny County Treasurer's Office Allegheny County Courthouse 436 Grant Street, #108 Pittsburgh, PA 15219** | | **Property taxes** | | | | $21,952.00 |
| **Pittsburgh Water & Sewer Authority 1200 Penn Avenue Pittsburgh, PA 15222** | | **Water service** | | | | $13,687.00 |
| **Gateway Engineers Inc. 100 McMorris Road Pittsburgh, PA 15205** | | **Engineerign services - subcontract to architect** | | | | $6,160.00 |
| **Riverbend Foods LLC 1080 River Avenue Pittsburgh, PA 15212** | | **Utilities reimbursement** | | | | $6,000.00 |
| **Cohen & Grigsby PC 625 Liberty Avenue Pittsburgh, PA 15222** | | **Legal services** | | | | $3,373.00 |
| **Langan Engineers 2400 Ansys Drive, Suite 403 Canonsburg, PA 15317** | | **Engineering services - subcontract to architect** | | | | $2,856.00 |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Allegheny Shores, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Allegheny Shores, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 25, 2021**  
Date

/s/ Jonathan G. Babyak  
**Jonathan G. Babyak 38234**  
Signature of Attorney or Litigant  
Counsel for **Allegheny Shores, LLC**  
**Campbell & Levine, LLC**  
**310 Grant Street, Suite 1700**  
**Pittsburgh, PA 15219**  
**412-261-0310 Fax:412-261-5066**